**SO ORDERED.**
**SIGNED this 26th day of July, 2019**



/s/ Suzanne H. Bauknight
**Suzanne H. Bauknight**
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# EASTERN DISTRICT OF TENNESSEE

In re

PHI NGUYEN

Debtor

Case No. 3:19-bk-32249-SHB
Chapter 7

## O R D E R

As required by 11 U.S.C. § 329(a), Debtor's counsel filed a Disclosure of Compensation of Attorney for Debtor(s) ("Disclosure") on July 17, 2019 [Doc. 4], setting forth, *inter alia*, the amount, source, and nature of the compensation paid to him for services to be rendered on Debtor's behalf in this bankruptcy case. Upon review of the Disclosure, the Court, on its own motion, directs Debtor's counsel, Charles P. Pope, to appear on August 8, 2019, at 9:00 a.m., in Bankruptcy Courtroom 1-C, First Floor, Howard H. Baker, Jr. United States Courthouse, Knoxville, Tennessee, to show cause why compensation in the amount of $1,500.00 paid by Debtor in this case does not "exceed[] the reasonable value of any such services" per 11 U.S.C. § 329(b).

###