**SO ORDERED.**
**SIGNED this 7th day of August, 2019**



_____
Suzanne H. Bauknight
UNITED STATES BANKRUPTCY JUDGE

**THIS ORDER HAS BEEN ENTERED ON THE DOCKET.**
**PLEASE SEE DOCKET FOR ENTRY DATE.**

_____

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### EASTERN DISTRICT OF TENNESSEE

In re

PHI NGUYEN

Debtor

Case No. 3:19-bk-32249-SHB
Chapter 7

## **O R D E R**

The Court entered an Order on July 26, 2019 [Doc. 14], directing Debtor's counsel, Charles P. Pope, to appear and show cause why compensation in the amount of $1,500.00 paid by Debtor in this case does not "exceed[] the reasonable value of any such services" per 11 U.S.C. § 329(b). On August 6, 2019, Mr. Pope filed a Response to the show cause order through which he explained the nature of his representation of Debtor. Based on Mr. Pope's response and for cause shown, the Court directs that the hearing scheduled for August 8, 2019, at 9:00 a.m. is STRICKEN.

###